UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LVB-OGDEN MARKETING CORPORATION,<br><br>       Plaintiff,<br><br> v.<br><br>SHARON G. BINGHAM,<br><br>       Defendant,<br><br>JP MORGAN CHASE BANK, N.A., NORTHEAST 8TH AND 106TH BRANCH,<br><br>       Garnishee. | Case No. MC17-0120RSL<br><br>**ORDER DIRECTING ENTRY OF DEFAULT JUDGMENT** |

## JUDGMENT SUMMARY

**Judgment Creditor:** LVB-Ogden Marketing, LCC

**Judgment Debtor:** Sharon G. Bingham

**Garnishee-Defendant:** Northeast 8th and 106th Branch of JP Morgan Chase Bank, N.A.

**Property Subject to Garnishment Judgment:** Safe Deposit Boxes #5874 and #5926

**Attorneys for Judgment Creditor:** Jonathan J. Faria, Kirkland & Ellis LLP; William R. Squires III, Corr Cronin Michelson Baumgardner Fogg & Moore LLP

ORDER DIRECTING ENTRY OF
JUDGMENT BY DEFAULT – 1

IT APPEARING THAT garnishee-defendant was properly served with a Writ of Garnishment, that no answer has been filed or served, that the time for filing such answer has expired, that default has been entered, and that at the time the Writ of Garnishment was issued garnishee-defendant had in its possession or control funds, personal property, or effects of Defendant; now, therefore, it is hereby ORDERED that:

1. Judgment creditor is awarded judgment against garnishee-defendant for the property belonging to judgment debtor in garnishee-defendant's possession or control.[1]

2. Garnishee-defendant shall turn over to judgment creditor the two safe deposit boxes held by garnishee-defendant in the name of Sharon Bingham (#5874 and #5926), as well as any other property subject to the Writ of Garnishment in an amount up to $73,376,294.00. The contents of the two safe deposit boxes and any other property subject to the writ shall be delivered to William R. Squires III of Corr Cronin Michelson Baumgardner Fogg & Moore LLP at the Northeast 8th and 106th Branch of JP Morgan Chase Bank, N.A., or at an otherwise mutually agreed place.

3. Garnishee-defendant is advised that the failure to turn over the property in accordance with the judgment in this action may result in execution of the judgment, including garnishment.

Dated this 6th day of December, 2017.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

---

[1] Judgment creditor has already obtained a judgment directing the financial institution to turn over the funds of the judgment debtor, in the sum of $1,058.98, in Miscellaneous Case No.17-105RSL.

ORDER DIRECTING ENTRY OF
JUDGMENT BY DEFAULT – 2